## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE MYERS, | No. 4:19-CV-01349 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MAHONING TOWNSHIP and WILLIAM LYNN, T.S. SCOTT, and DEAN VANBLOHN, *individually and in their official capacities as Township officials*, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 20th day of December 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, October 4, 2019, ECF No. 12, is

   **GRANTED IN PART and DENIED IN PART**.

2. Count II is dismissed with prejudice.

3. Count I is dismissed with respect to Defendant Dean VonBlohn.

   Plaintiff may file an amended complaint with respect to Count I by

   December 31, 2019. If no amended complaint is filed by that date,

   Count I with respect to Defendant Dean VonBlohn will be summarily

   dismissed pursuant to Fed. R. Civ. P. 41(b).

4.   For the sake of clarity, Count I survives Defendants' Motion to

Dismiss with respect to Defendants Mahoning Township, William

Lynn, and T.S. Scott.


                    BY THE COURT:


                    *s/ Matthew W. Brann*
                    Matthew W. Brann
                    United States District Judge