IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE MYERS, | No. 4:19-CV-01349 |
| Plaintiff, | (Judge Brann) |
| v. | |
| MAHONING TOWNSHIP and WILLIAM LYNN, T.S. SCOTT, and DEAN VANBLOHN, *individually and in their official capacities as Township officials*, | |
| Defendants. | |

# ORDER

**MARCH 18, 2020**

**AND NOW**, in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1. Defendants' Partial Motion to Dismiss, January 14, 2020, ECF No. 19, is **GRANTED**.

2. Count I is DISMISSED WITH PREJUDICE with respect to Defendant Dean VanBlohn.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                United States District Judge